**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**TP-ACO, LLC**                                                     **CIVIL ACTION NO.**

**VERSUS**                                                           **21-CV-22-SDD-EWD**

**PARADISE MEDICAL
GROUP, INC.**

## <u>ORDER</u>

Before the Court is a Motion to Dismiss and, Alternatively, Motion to Abstain
("Motion to Dismiss"), filed by Defendant, Paradise Medical Group, Inc. ("PMG").[1]  The
Motion to Dismiss requests dismissal of the claims against PMG for lack of personal
jurisdiction and, alternatively, requests that the Court exercise its discretion to abstain
from hearing this matter under the Declaratory Judgment Act.  Also before the Court is a
Joint Motion to Extend Discovery Cutoff for Limited Jurisdictional Discovery and to Extend
Briefing Schedule on Pending Rule 12 Motion to Dismiss ("Motion for Extension").[2]  As
good cause exists to extend the deadlines for the parties to complete jurisdictional
discovery, the Motion for Extension will be granted in part, and the parties will be given
the additional sixty (60) days requested to complete jurisdictional discovery.  Rather than
extending the briefing deadlines on the Motion to Dismiss, however, that motion will be
terminated without prejudice to re-urging, when jurisdictional discovery is complete.

This case was removed from state court on January 8, 2021 on the basis of
diversity jurisdiction.[3]  Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure,
PMG filed the Motion to Dismiss on February 5, 2021.[4]  TP-ACO, LLC filed its opposition

---

[1] R. Doc. 9.
[2] R. Doc. 27.
[3] R. Doc. 1.
[4] R. Doc. 9.
CV38cT0:30

memorandum to the Motion to Dismiss on March 12, 2021.[5]  That same date, PMG filed a Motion to Stay Procedural and Discovery Deadlines ("Motion to Stay").[6]  Following a telephone conference before Magistrate Judge Erin Wilder-Doomes on March 17, 2021, the Motion to Stay was granted in part and the parties were given sixty days, until May 17, 2021, to conduct jurisdictional discovery limited to the issue of this Court's personal jurisdiction over PMG as set forth in the Motion to Dismiss.[7]

On March 24, 2021, the parties filed a Joint Motion to Extend Briefing Schedule on Pending Rule 12 Motion to Dismiss ("First Motion for Extension"), which sought to jointly "extend the remaining briefing schedule on the Motion to Dismiss so that any remaining briefing on the Motion to Dismiss is not filed until after the parties complete the jurisdictional discovery."[8]  The Court granted the First Motion for Extension, which provided a deadline of June 7, 2021 for TP-ACO to request leave to file a supplemental memorandum in opposition to the Motion to Dismiss, and provided a deadline of June 28, 2021 for PMG to file a reply memorandum.[9]  In the current Motion for Extension, the parties again seek extensions of time to file briefing related to the Motion to Dismiss.  The parties submit that the extensions are appropriate because "(a) it will conserve judicial resources by not burdening the Court with briefing filed before the jurisdictional discovery is complete that may not be pertinent after the jurisdictional discovery is complete; (b) it will conserve the resources of the parties by allowing them to avoid briefing issues that may not be pertinent after the jurisdictional discovery is complete; and (c) it will not delay the progress of this litigation because there are no other pending deadlines in this matter

---

[5] R. Doc. 16.
[6] R. Doc. 17.
[7] R. Doc. 21.
[8] R. Doc. 23, p. 2.
[9] R. Doc. 25.

since the scheduling conference is canceled, no status report is currently due, and the scheduling conference will only be reset after a ruling on the Motion to Dismiss, if necessary."[10]

The Court agrees that an extension of time to permit the parties to complete the contemplated jurisdictional discovery will conserve the resources of the Court and the parties.   To that end, however, because the parties agree that the completion of jurisdictional discovery is key to resolution of the Motion to Dismiss, the Court finds that resources are best conserved by terminating the Motion to Dismiss, without prejudice to refiling once jurisdictional discovery is complete.  This will best enable the parties to center their arguments around the facts gleaned from limited discovery.

Accordingly,

**IT IS ORDERED** that the Joint Motion to Extend Discovery Cutoff for Limited Jurisdictional Discovery and to Extend Briefing Schedule on Pending Rule 12 Motion to Dismiss[11] is **GRANTED IN PART**.  The parties shall complete limited discovery on issues pertaining to personal jurisdiction by no later than **July 19, 2021**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss and, Alternatively, Motion to Abstain ("Motion to Dismiss"), filed by Defendant, Paradise Medical Group, Inc.,[12] is **TERMINATED** without prejudice to re-urging any motion to dismiss by no later than **August 9, 2021**.  Any re-urged motion to dismiss will be subject to the standard briefing delays contained in Local Civil Rule 7(f) unless relief is timely sought.

Signed in Baton Rouge, Louisiana, on May 20, 2021.

_Shelly D. Dick_

**SHELLY D. DICK**
**CHIEF UNITED STATES DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[10] R. Doc. 27, p. 4.
[11] R. Doc. 27.
[12] R. Doc. 9.

3